AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>**JONATHAN RYAN LEDOUX**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         1:19-MJ-99<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2019__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement |
| 18 U.S.C. § 2423(b) | Travel in interstate commerce with intent to engage in illicit sexual conduct with a minor |

This criminal complaint is based on these facts:
See attached Continuation.

☑ Continued on the attached sheet.

*Complainant's signature*

Scott T. Bauer, Special Agent DHS/HSI
*Printed name and title*

Sworn over the telephone —
Proceedings recorded
XXXXXXXXXXXXXXXXXXXXXXXX

Date: **Mar 22, 2019**

*Judge's signature*

City and state:  Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*