UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:19-cr-68

v.

**INDICTMENT**
**PENALTY SHEET**

JONATHAN RYAN LEDOUX,

        Defendant.
_____/

Count 1: Attempted Coercion and Enticement – 18 U.S.C. § 2422(b)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and/or $250,000 fine [18:3571]

**Supervised Release:** Not less than 5 years nor more than life (Class A Felony, 18:3559) [18 U.S.C. § 3583]

**Special Assessment**: $100 + $ 5,000 [18 U.S.C. §§ 3013, 3014]

**Other**:  Sex Offender Registration

**FORFEITURE**

Count 2: Interstate Travel with Intent to Engage in Illicit Sexual Conduct – 18 U.S.C. § 2423(b)

**Maximum penalty:**  Not more than 30 years imprisonment and/or $250,000 fine [18:3571]

**Supervised Release:** Not less than 5 years nor more than life (Class B Felony, 18:3559) [18 U.S.C. § 3583]

**Special Assessment**: $100 + $ 5,000 [18 U.S.C. §§ 3013, 3014]

**Other**:  Sex Offender Registration

**FORFEITURE**

Date: March 27, 2019  /s/ Davin M. Reust
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046