UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN RYAN LEDOUX, 22508-040

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:19-cr-68

## ORDER

The Court has received a request from the Federal Bureau of Prisons for an extension of time until July 19, 2019 to complete the psychiatric/psychological evaluation of defendant ordered previously in this matter. The Court finds good cause for the requested extension. As such:

IT IS HEREBY ORDERED that the Federal Bureau of Prisons may have the requested additional time, and the psychiatric/psychological evaluation of defendant Jonathan Ryan Ledoux shall be completed July 19, 2019, with the report submitted to the Court by August 2, 2019.

Dated: July 8, 2019

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge