UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No. 1:19–cr–68

v.                                       Hon. Paul L. Maloney

JONATHAN RYAN LEDOUX,

        Defendant.

_____/

## ORDER FOR RESTRICTED ACCESS TO FORENSIC REPORT
### and
## SETTING COMPETENCY HEARING

      This court has received a forensic report dated September 4, 2019 regarding the defendant's competency to stand trial and criminal responsibility at the time of the offense, which was ordered pursuant to 18 U.S.C. §§ 4241 and 4242.  It is common federal practice to restrict access to such reports to protect the privacy of the mental health information.  *See, e.g., United States v. Weston*, 194 F.3d 145, 146 (D.C. Cir. 1999); *United States v. Shlater*, 85 F.3d 1251, 1254 (7th Cir. 1996).   Accordingly:

      IT IS ORDERED that a Competency Hearing is scheduled for September 10, 2019 at 11:00 AM before Magistrate Judge Ellen S. Carmody, 650 Federal Building, Grand Rapids, MI.   If an agreement of the parties is reached, a stipulation should be filed with the court no later than September 9, 2019.

      IT IS FURTHER ORDERED that the Clerk shall docket said report for use in this matter under restricted access, allowing counsel of record and the United States Probation Office access to the report, and shall restrict the report from public inspection.

Dated:  September 4, 2019                                /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            Ellen S. Carmody U.S. Magistrate Judge