UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN RYAN LEDOUX,

    Defendant.
                                          /

Case no. 1:19-cr-068

Hon. Paul L. Maloney
United States District Judge

**STIPULATION REGARDING MENTAL COMPETENCY AND SANITY**

    Pursuant to a Motion to Determine Sanity (ECF No. 21) filed in accordance with 18 U.S.C. § 4242, and a Motion to Determine Competency (ECF No. 18) filed in accordance with 18 U.S.C. § 4241(a), the defendant was afforded a psychiatric and/or psychological evaluation to determine sanity and competency. David M. Szyhowski, Psy.D., prepared a Forensic Report, and Addendum, documenting the results of the competency and sanity evaluation. The Report was filed on September 4, 2019. (ECF No. 31, Forensic Report and Addendum.)

    Upon receipt of the Report, the Court scheduled a hearing for October 8, 2019, at 10:00 a.m. (ECF No. 32, Notice of Hearing.) The Court further noted that "If an agreement of the parties is reached, a [sic] stipulation should be filed with the court no later than October 7, 2019." (*Id.*)

The parties have received and reviewed the Report and its Addendum filed in this matter. The parties do not contest the Report and its Addendum and stipulate to the findings and conclusions contained therein. The parties agree that it is appropriate for the Court to use the Forensic Report and its Addendum, to make a determination. The parties further agree that at a hearing on the outstanding Motion to determine competency and sanity, no other evidence would be offered.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREW BYERLY BIRGE<br>United States Attorney |
| Dated: October 4, 2019 | /s/ Davin M. Reust (*w/permission*)<br>DAVIN M. REUST<br>Assistant United States Attorney<br>330 Ionia, NW, 5th floor<br>Grand Rapids, Michigan 49503<br>(616) 456-2404 |
|  | SHARON A. TUREK<br>Federal Public Defender |
| Dated: October 4, 2019 | /s/ Helen C. Nieuwenhuis<br>HELEN C. NIEUWENHUIS<br>First Assistant Federal Public Defender<br>50 Louis, NW, Suite 300<br>Grand Rapids, Michigan 49503<br>(616) 742-7420 |