UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:19–cr–68

v.                                 Hon. Paul L. Maloney

JONATHAN RYAN LEDOUX,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            October 17, 2019   11:00 AM
Magistrate Judge:   Ellen S. Carmody
Place/Location:       650 Federal Building, Grand Rapids, MI

ELLEN S. CARMODY

Dated:  October 15, 2019      By:   /s/ Julie Lenon
                                               Courtroom Deputy