UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:19–cr–68

v.                                 Hon. Paul L. Maloney

JONATHAN RYAN LEDOUX,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:           February 3, 2020   02:30 PM
District Judge:       Paul L. Maloney
Place/Location:     174 Federal Building, Kalamazoo, MI

                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  October 17, 2019       By:   /s/ Amy C. Redmond
                                               Case Manager