UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                     No. 1:19-CR-68

    v.                               Hon. Paul L. Maloney
                                          United States District Judge

JONATHAN RYAN LEDOUX,

        Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on October 17, 2019, Defendant Jonathan Ryan Ledoux pleaded guilty to Count One of the Indictment, which charges him with attempted coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

WHEREAS, pursuant to his guilty plea and plea agreement, Defendant has consented to the forfeiture of his interest in the following property, listed in the Forfeiture Allegation of the Indictment:

A Samsung Galaxy phone, IMEI No. 359479093497884, and a Dell laptop computer, Serial No. BNN3YF2 (hereinafter the "Subject Property").

WHEREAS, based on the guilty plea and plea agreement this Court finds that the Subject Property was used or intended to be used to commit or facilitate the commission of violation 18 U.S.C. § 2422(b);

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violation of 18 U.S.C § 2422(b).

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 2428, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Department of Homeland Security - Immigration and Customs Enforcement and/or its designee seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that any third party wishing to assert an interest in the Subject Property must petition the Court in accordance with 21 U.S.C. § 853(n)(2) and (3).

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

Dated:                                                           _____
                                                                 PAUL L. MALONEY
                                                                 United States District Judge