UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,               No. 1:19-CR-68

    v.                            Hon. Paul L. Maloney
                                   United States District Judge

JONATHAN RYAN LEDOUX,

        Defendant.

_____/

## FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. No third party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2428:

    A Samsung Galaxy phone, IMEI No. 359479093497884, and a Dell laptop computer, Serial No. BNN3YF2

(the "Subject Property").

2. That pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. That the Subject Property shall be disposed of by the United States Department of Homeland Security - Immigration and Customs Enforcement and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated:  February 10, 2020

/s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Court Judge